# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

KRISTINA SAWIKI,

    Petitioner,

v.                                                       CASE NO. 5:16-cv-00032-WTH-CJK

FLORIDA DEPARTMENT OF CORRECTIONS SECRETARY,

    Respondent.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (ECF No. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Clerk is directed to enter the following judgment: "The petition for writ of habeas corpus (ECF No. 1), challenging petitioner's judgment and sentence in *State of Florida v. Kristina Marie Sawiki*, Bay County Circuit Court Case Nos. 14-CF-539, 14-CF-2185 and 14-CF-2655, is denied. A certificate of appealability is denied." The Clerk is directed to close the file.

**DONE AND ORDERED** this *12th* day of March, 2018

_____
UNITED STATES DISTRICT JUDGE